# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Charles John Larson, III**

    Plaintiff(s)

vs.                        **CASE NUMBER: 3:21-cv-525 (DJS)**

**Kilolo Kijakazi**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $7,752.00.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 28th day of September, 2022.

DATED: September 29, 2022

*[signature]*
Clerk of Court

                              s/Kathy Rogers
                              Deputy Clerk